# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RANDY PINNEY, | : | Case No. 3:21-cv-00223 |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| DUPONT SPECIALTY PRODUCTS, USA, LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time. Defendants do not oppose the Motion. Accordingly, for good cause shown, Plaintiff's Motion (Doc. 13) is hereby **GRANTED**, and this matter shall proceed as follows:

Discovery Deadline      February 28, 2023

Dispositive Motions Deadline      April 17, 2023

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge